# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

## Plaintiff(s):

**First Listed Plaintiff:**
Tabatha Spicer ;
**County of Residence:** Ray County

**Additional Plaintiff(s):**
Misty Silkwood ;
Deborah Rush ;
Jessica Wardlow ;
Shelby Brannum ;
Sheila Brown ;
Melynda Casey ;
Tammara Utley ;
April Ricketson ;
Nichole Wilms ;

## Defendant(s):

**First Listed Defendant:**
David Powell ;
**County of Residence:** Ray County

**Additional Defendants(s):**
Robert King ;

**County Where Claim For Relief Arose:** Ray County

## Plaintiff's Attorney(s):

Attorney Jean Kay Peters Baker (Tabatha Spicer)
Peters Baker Law
4050 Pennsylvania
Kansas City, Missouri 64111
**Phone:** 8167304043
**Fax:**
**Email:** jean@petersbakerlaw.com

## Defendant's Attorney(s):

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** N/A

    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 560 Civil Detainee - Conditions of Confinement
**Cause of Action:** Rule 27 Petition
**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):**

    **Jury Demand:** No

    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Jean Peters Baker

**Date:** September 4, 2025

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.